John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHRYN GILES, as personal representative of the Estate of EUGENE CAMERON,<br><br>Plaintiff,<br><br>v.<br><br>AMFAC FOODS, INC., AMFAC SEAFOODS, INC., and SEA GALLEY STORES, INC.,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. |

**COMPLAINT (46 U.S.C. § 31343)**

COMES NOW the Plaintiff Kathryn Giles, as personal representative of the Estate of Eugene Cameron, by and through her attorneys, Holmes Weddle & Barcott, P.C., and complains against Defendants Amfac Foods, Inc. ("Amfac Foods"), Amfac Seafoods, Inc. ("Amfac Seafoods"), and Sea Galley Stores, Inc. ("Sea Galley"), (collectively, "Defendants") as set forth below.

**JURISDICTION**

1. Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331, federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim

COMPLAINT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. _____ - Page 1 of 5

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00070-JWS   Document 1   Filed 04/09/14   Page 1 of 5

1. within the meaning of Fed. R. Civ. P. 9(h).

2. Plaintiff Kathryn Giles is a resident of the State of Alaska and is the personal representative of the Estate of Eugene Cameron (the "Estate").

3. The Estate is owner of the vessel JOANN MARIE, Official Number 533613 (the "Vessel").

4. Plaintiff seeks a declaration that the Vessel is not subject to certain maritime liens asserted by Defendants as set forth more fully below.

5. The Vessel is in Seldovia, in the District of Alaska.

## COUNT I: AMFAC FOODS

### (No Maritime Lien)

6. Amfac Foods claims a maritime lien in connection with a preferred mortgage executed on July 14, 1978 on the Vessel by Eugene Cameron to mortgagee Amfac Foods, as set forth more fully in the Preferred Mortgage of Vessel attached as **Exhibit A**.

7. The preferred mortgage amount claimed by Amfac Foods under the July 14, 1978 mortgage against the Vessel is $90,000.00.

8. The July 14, 1978 mortgage against the Vessel was recorded at Book PM 31, Instrument No. 864. A copy of the General Index or Abstract of Title is attached as **Exhibit B.**

9. Amfac Foods also claims a maritime lien in connection with a preferred mortgage executed on February 5, 1979 on the Vessel by Eugene Cameron to

COMPLAINT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. _____ - Page 2 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00070-JWS   Document 1   Filed 04/09/14   Page 2 of 5

mortgagee Amfac Foods, as set forth more fully in the Preferred Mortgage of Vessel attached as **Exhibit C**.

10. The preferred mortgage amount claimed by Amfac Foods under the February 5, 1979 mortgage against the Vessel is $85,000.00.

11. The February 5, 1979 mortgage against the Vessel was recorded at Book PM 33, Instrument No. 200. A copy of the General Index or Abstract of Title is attached as **Exhibit B.**

12. Plaintiff, on information and belief, alleges that the preferred mortgage of July 14, 1978 and the preferred mortgage of February 5, 1979 are of no remaining force and effect or have been paid and satisfied.

13. Amfac Foods' claims are without merit.

14. Amfac Foods' claims of maritime lien in the form of preferred mortgages are a cloud on the title to the Vessel and impair the use and marketability of the Vessel.

### COUNT II: AMFAC SEAFOODS

### (No Maritime Lien)

15. Amfac Seafoods claims a maritime lien for fuel, services, and other necessaries supplied to the Vessel.

16. Amfac Seafoods filed a Notice of Claim of Maritime Lien against the Vessel with the United States Coast Guard and recorded on September 30, 1983, at Book CL 1, Instrument No. 142, as set forth more fully in the General Index or Abstract of Title attached as **Exhibit B.**

COMPLAINT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. _____ - Page 3 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00070-JWS   Document 1   Filed 04/09/14   Page 3 of 5

17. The maritime lien amount claimed by Amfac Seafoods is $83,000.00.

18. Plaintiff, on information and belief, alleges that all sums due as set forth in the Notice of Claim of Maritime Lien have been paid.

19. Amfac Seafoods' claim is without merit.

20. Amfac Seafoods' Notice of Claim of Maritime Lien is a cloud on the title to the Vessel and impairs the use and marketability of the Vessel.

### COUNT III: SEA GALLEY

### (No Maritime Lien)

21. Sea Galley claims a maritime lien in connection with a preferred mortgage that was executed on October 1, 1984 on the Vessel by Eugene Cameron to mortgagee Sea Galley, as set forth more fully in the Preferred Mortgage of Vessel attached as **Exhibit D**.

22. The preferred mortgage amount claimed by Sea Galley against the Vessel is $40,089.14.

23. The preferred mortgage against the Vessel was recorded at Book PM 51, Instrument No. 1373. A copy of the General Index or Abstract of Title is attached as **Exhibit B.**

24. Plaintiff, on information and belief, alleges that the preferred mortgage is of no remaining force and effect or has been paid and satisfied.

25. Sea Galley's claim is without merit.

26. Sea Galley's claim of maritime lien in the form of a preferred mortgage is a

COMPLAINT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. _____ - Page 4 of 5

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00070-JWS   Document 1   Filed 04/09/14   Page 4 of 5

cloud on the title to the Vessel and impairs the use and marketability of the Vessel.

**WHEREFORE,** Plaintiff prays that the Court declare and award as follows:

1. Declare that the Vessel is not subject to any maritime lien in favor of any Defendant.

2. An award of attorney fees and costs incurred in bringing this action.

3. Enter such other and further relief as the court deems reasonable and just.

DATED this 8th day of April, 2014.

                                        HOLMES WEDDLE & BARCOTT, P.C.

                                        s/ John E. Casperson
                                        John E. Casperson, ABA #7910076
                                        999 Third Avenue, Suite 2600
                                        Seattle, Washington 98104
                                        Telephone: (206) 292-8008
                                        Facsimile: (206) 340-0289
                                        Email: jcasperson@hwb-law.com
                                        Attorneys for Plaintiff

G:\6074\27839\Pleadings\Draft\Complaint A85204_0414.doc

COMPLAINT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. _____ - Page 5 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00070-JWS   Document 1   Filed 04/09/14   Page 5 of 5