John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:   jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHRYN GILES, as personal representative of the Estate of EUGENE CAMERON,<br><br>            Plaintiff,<br>     v.<br><br>AMFAC FOODS, INC.,<br>AMFAC SEAFOODS, INC.,<br>and SEA GALLEY STORES, INC.,<br><br>            Defendants. | IN ADMIRALTY<br><br>Case No. 3:14-cv-00070-JWS |

## MOTION FOR DEFAULT

COMES NOW the Plaintiff Kathryn Giles, as personal representative of the Estate of Eugene Cameron, by and through her attorneys, Holmes Weddle & Barcott, P.C., and moves this Court for entry of an Order for Default against Defendants Amfac Foods, Inc. ("Amfac Foods"), Amfac Seafoods, Inc. ("Amfac Seafoods"), and Sea Galley Stores, Inc. ("Sea Galley").

Service on corporations that fail to maintain a registered agent in the state is made on the Secretary of State. RCW 23B.05.040(2). Thirty days is allowed for response. RCW 23B.05.040(3). In this case, no defendant has a registered agent and so the

MOTION FOR DEFAULT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. 3:14-cv-00070-JWS - Page 1 of 2

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00070-JWS   Document 6   Filed 06/18/14   Page 1 of 2

Secretary of State was served, as set forth in the attached Declaration of John E. Casperson.

DATED this 17th day of June, 2014.

                          HOLMES WEDDLE & BARCOTT, P.C.

                          s/ John E. Casperson
                          John E. Casperson, ABA #7910076
                          999 Third Avenue, Suite 2600
                          Seattle, Washington 98104
                          Telephone: (206) 292-8008
                          Facsimile: (206) 340-0289
                          Email: jcasperson@hwb-law.com
                          Attorneys for Plaintiff

6074-27839

MOTION FOR DEFAULT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. 3:14-cv-00070-JWS - Page 2 of 2

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00070-JWS   Document 6   Filed 06/18/14   Page 2 of 2