IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHRYN GILES, as personal representative of the Estate of EUGENE CAMERON,<br><br>Plaintiff,<br><br>v.<br><br>AMFAC FOODS, INC., AMFAC SEAFOODS, INC., and SEA GALLEY STORES, INC.,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 3:14-cv-00070-JWS |

## **ORDER OF DEFAULT JUDGMENT**

Plaintiff moves for entry of default judgment against Defendants Amfac Foods, Inc., Amfac Seafoods, Inc., and Sea Galley Stores, Inc. The Clerk of the Court has entered Defendants' default by reason of their failure to answer Plaintiff's complaint (Docket No. 8). By failing to answer Plaintiff's complaint, Defendants have admitted the material factual allegations set forth in Plaintiff's complaint.

Plaintiff's complaint seeks a judicial declaration that the Vessel JOANN MARIE, Official Number 533613, is not subject to certain Notices of Claim of Maritime Lien or to the maritime liens asserted therein by Defendants. Given Defendants' failure to contest Plaintiff's contention that Defendants have no liens upon the Vessel by reason of the foregoing motion, the motion for entry of default judgment is GRANTED.

ORDER OF DEFAULT JUDGMENT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. 3:14-cv-00070-JWS - Page 1 of 2
Case 3:14-cv-00070-JWS   Document 11   Filed 06/20/14   Page 1 of 2

It is hereby ORDERED, ADJUDGED and DECREED that Defendants' maritime liens do not constitute marine liens pursuant to 46 U.S.C. § 31343(c)(2) upon the JOANN MARIE, Official Number 533613.

Dated this 20th day of June, 2014.

/s/John W. Sedwick
JOHN W. SEDWICK
United States District Court Judge

ORDER OF DEFAULT JUDGMENT
*Kathryn Giles, as personal representative of the Estate of Eugene Cameron, v. Amfac Foods, Inc., et al.*
Case No. 3:14-cv-00070-JWS - Page 2 of 2